# EXHIBIT D



## Re: [4-7072000019403] New Copyright Counter-Notification

YouTube <copyright@youtube.com>  Tue, Oct 17, 2017 at 11:15 AM



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=uTx8ewXikaU

Display name of uploader:

i did noting rong this strike is all wrong i was modding in a video game that isnt against youtubes TOS Why was i striked!!!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.



Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA