IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:17-cv-00534-H

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> C.R., <br><br> Defendant. | **CLERK'S DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a), Defendant C.R. ("Defendant" or "C.R.") is in default for failing to file an answer to Plaintiff's Complaint within the time set out under Fed. R. Civ. P. 12(a)(4)(A) and in the Court's July 12, 2018 Order denying Defendant's letter construed as a motion to dismiss, which was served on Defendant and Defendant's mother, Christine Broom, by the Clerk's office on July 12, 2018.

Accordingly, default is entered against Defendant.

This 10th day of September, 2018.

By: *[signature]*
Peter A. Moore
Clerk of Court