*Epic Games, Inc.*
*v.*
*C.R.*
5:17-cv-534-H

**Second Declaration of Christopher M. Thomas**

# EXHIBIT 2



Popular uploads    PLAY ALL



FEATURED CHANNELS

FaZe Rain
SUBSCRIBE

FaZe Agony
SUBSCRIBE

Nandy
SUBSCRIBE

 

*H1Z1 AIMBOT** (BEST H1Z1 CHEATS) 2018*
6.5K views • 5 months ago

FREE CSGO CHEAT NON VAC DECTECTED OCTOBER 2017*
5.7K views • 10 months ago

Uploads    PLAY ALL



*H1Z1 AIMBOT** (BEST H1Z1 CHEATS) 2018*
6.5K views • 5 months ago

FREE CSGO CHEAT NON VAC DECTECTED OCTOBER 2017*
5.7K views • 10 months ago

KILL ME
No views • 1 year ago

Vibez
SUBSCRIBE

RomanAtwoodVlogs
SUBSCRIBE

RomanAtwood
SUBSCRIBE

RELATED CHANNELS

Fortnite
SUBSCRIBE

LazarBeam
SUBSCRIBE

Lachlan
SUBSCRIBE

Golden Modz
SUBSCRIBE

DanTDM
SUBSCRIBE

Inside Edition
SUBSCRIBE

# YouTube Channel About Page

## Description
I Make Cheating Videos On H1Z1 Kotk R6S CSGO AND Fortnite Im Just here to show the part of the game the devs dont want to be shown. Enjoy My Content :)

## Details
Location: United States

## Links
Google+

## Stats
Joined Jan 28, 2014
12,289 views

## FEATURED CHANNELS
- FaZe Rain — SUBSCRIBE
- FaZe Agony — SUBSCRIBE
- Nandy — SUBSCRIBE
- Vibez — SUBSCRIBE
- RomanAtwoodVlogs — SUBSCRIBE
- RomanAtwood — SUBSCRIBE

## RELATED CHANNELS
- Fortnite — SUBSCRIBE
- LazarBeam — SUBSCRIBE
- Lachlan — SUBSCRIBE
- Golden Modz — SUBSCRIBE
- DanTDM — SUBSCRIBE
- Inside Edition — SUBSCRIBE