*Epic Games, Inc.*
*v.*
*C.R.*
5:17-cv-534-H

**Second Declaration of Christopher M. Thomas**

# EXHIBIT 3



# Sky Orbit v2
1,231 subscribers

**SUBSCRIBE**

HOME | VIDEOS | PLAYLISTS | CHANNELS | ABOUT

All activities ▼

POPULAR CHANNELS



Sky Orbit v2 uploaded a video



### FORTNITE TOP PLAYS (Ninja The Myth)
Sky Orbit v2 • 22 views • 3 weeks ago

LIKE AND SUBSCRIBE FOR MORE MONTAGES


WORLDSTARHIPHOP
SUBSCRIBE


RiceGum
SUBSCRIBE


T-Series
SUBSCRIBE


KSI
SUBSCRIBE


DJ Akademiks
SUBSCRIBE


Good Mythical Morning
SUBSCRIBE



Sky Orbit v2 subscribed to a channel



### ZiiMeR ✓
131,546 subscribers • 440 videos

Charlie/ZiiMeR - Been trickshotting for 6 years.

**SUBSCRIBE 131K**



Sky Orbit v2 subscribed to a channel



### Stak Strength
111 subscribers • 24 videos

Stak Leader

**SUBSCRIBE 111**



Sky Orbit v2 uploaded a video



### VIBEZ U HAVE 48 HRS TO REPLY OR IM DROPPING UR FULL DOX
Sky Orbit v2 • 297 views • 6 months ago

Sky Orbit v2 subscribed to a channel



### Chris Plays
9,009 subscribers • 3 videos

This is Chris Plays and I will be making gaming videos on

**SUBSCRIBE 9K**

Case 5:17-cv-00534-H   Document 27-3   Filed 09/24/18   Page 2 of 2