*EPIC GAMES, INC.*
*v.*
*C.R.*
5:17-cv-534-H

**SECOND DECLARATION OF CHRISTOPHER M. THOMAS**

# EXHIBIT 4




@SkyOrbitYT

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 874 | 188 | 164 | 349 |

Follow

@SkyOrbitYT · Sep 2
BUY FORTNITE CHEATS *Link In Des: youtu.be/f2d4pbpigig?a via @YouTube

@SkyOrbitYT · Sep 1
BUY FORTNITE CHEATS RIGHT NOW *IN DES: youtu.be/rVhYQ3BpybI?a via @YouTube

@SkyOrbitYT · Aug 31
Fortnite AIMBOT LIVE: youtu.be/h_N255mAoiE?a via @YouTube

@SkyOrbitYT · Aug 28
Where To Get Cheats....: youtu.be/G_-BQWZZ8m4?a via @YouTube

Retweeted
**FaZe Banks** @Banks · Aug 27
I wana recruit someone to FaZe and I wana throw them in the new house. Who deserves the opportunity? Tag some people

17K   3.0K   50K

@SkyOrbitYT · Aug 9
FORTNITE CHEATS.....?????: youtu.be/8hYKoMe8RO4?a via @YouTube

1   1

@SkyOrbitYT · Aug 8
FORTNITE CHEATING VIDEO *LINK IN DES: youtu.be/wPLRiSqAqRs?a via @YouTube

1

@SkyOrbitYT · Aug 8
FORTNITE SEASON 5 AIMBOT (DOPE WIN): youtu.be/2MnUKQLJ3V0?a via @YouTube

---

@Panthers

The Charlotte Observer
@theobserver

City of Charlotte
@CLTgov

Charlotte Hornets
@hornets

**Worldwide trends**

#GHVIPGala1
78.4K Tweets

#اعفاء_سامي_الجابر
82.6K Tweets

#محمد_بن_فيصل_رييسا_للهلال
38.5K Tweets

Oriana
19.1K Tweets

Makoke
4,791 Tweets

#XF12
15.5K Tweets

#مين_قال_ما_فينا_عالصين
7,910 Tweets

Ángel Garó
2,908 Tweets

Mónica
38.2K Tweets

Karlsson
53.3K Tweets

© 2018 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info



