*Epic Games, Inc.*
*v.*
*C.R.*
5:17-cv-534-H

**Second Declaration of Christopher M. Thomas**

# EXHIBIT 6



Top chat replay

HIDE CHAT REPLAY

## FORTNITE AIMBOTTING LIVE? AGAIN NO FUCKING WAY

148 views

👍 10　👎 6　➤ SHARE　≡+　...

**Sky Orbit Fortnite**
Streamed live on Aug 31, 2018

SUBSCRIBE　111

| | |
|---|---|
| Category | Gaming |

**Music in this video**
Learn more
Listen ad-free with YouTube Premium

| | |
|---|---|
| Song | The Cops |
| Artist | K.Flay |
| Licensed to YouTube by | SME; CMRRA, UBEM, Sony ATV Publishing, and 9 Music Rights Societies |
| Song | Crave You (Adventure Club Dubstep Remix) |
| Artist | Flight Facilities |
| Licensed to YouTube by | RouteNote; AMRA, Kobalt Music Publishing, ASCAP, UMPI, and 25 Music Rights Societies |

SHOW LESS