IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:17-cv-00534-H

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> C.R., <br><br> Defendant. | **AFFIDAVIT OF CHRISTOPHER M. THOMAS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

Christopher M. Thomas, appearing before the undersigned notary and having first been duly sworn, states as follows:

1. I am over 18 years of age, suffer from no known disability, and have personal knowledge of the facts set forth herein. All the statements in this affidavit are true and correct.

2. I am counsel for the Plaintiff Epic Games, Inc. ("Epic" or "Plaintiff") in the above-captioned case.

3. Under Local Civil Rule 55.1(b)(1), Epic's Motion for Default Judgment ("Motion"), filed contemporaneously herewith, is required to "be supported by an affidavit stating that each party against which judgment is sought is not an infant, an incompetent person, or in the military service of the United States." *See id.*

4. In this case, the party against which judgment is sought, Defendant C.R., is believed to be a minor. As discussed in Epic's Motion, C.R. is properly represented by his mother and general guardian, Ms. Lauren Rogers ("Ms. Rogers"). Accordingly, C.R.'s interests are protected.

PPAB 4443012v2

5. Because Fed. R. Civ. P. 55(b)(2) provides in relevant part, that a default judgment may be entered by the court against a minor if the minor is represented by a general guardian, Plaintiff's Motion should be found to comply with Fed. R. Civ. P. 55 and Local Civil Rule 55.1(b)(1).

This the 24th day of September, 2018.

                                          Christopher M. Thomas
                                          N.C. State Bar No. 31834
                                          christhomas@parkerpoe.com
                                          Tasneem D. Delphry
                                          N.C. State Bar No. 47697
                                          tasneemdelphry@parkerpoe.com
                                          PARKER POE ADAMS & BERNSTEIN LLP
                                          PNC Plaza
                                          301 Fayetteville Street, Suite 1400
                                          Post Office Box 389
                                          Raleigh, North Carolina 27602-0389
                                          Telephone: (919) 832-4626
                                          Facsimile: (919) 834-4564

                                          *Attorneys for Plaintiff*
                                          *Epic Games, Inc.*

SWORN TO and subscribed before me this the 24 day of September, 2018.

_____
Notary Public

My Commission Expires: 2-1-20

CHRISTINA P. ROUTH
Notary Public
North Carolina
Wake County

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **AFFIDAVIT OF CHRISTOPHER M. THOMAS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** was electronically filed this day with the Clerk of Court using the CM/ECF system and that a true and accurate copy of it was sent to all parties to this cause by depositing the original and/or copy hereof, postage pre-paid, in the United States mail, addressed as follows:

> C.R.
> c/o Lauren Rogers
> 501 West Ave.
> New Castle, DE 19720
>
> C.R.
> c/o Lauren Rogers
> 5 Vireo Circle
> Newark, DE 19711

This the 24th day of September 2018.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Tasneem D. Delphry
N.C. State Bar No. 47697
tasneemdelphry@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 832-4626
Facsimile: (919) 834-4564

*Attorneys for Plaintiff*
*Epic Games, Inc.*