IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C.R., ) <br> ) <br> Defendant. ) | Civil Action No.: 5:17-cv-00534-H |

### MOTION TO APPOINT LAUREN A. ROGERS GENERAL GUARDIAN FOR DEFENDANT OR, IN THE ALTERNATIVE, APPOINT A GUARDIAN AD LITEM ("GAL") FOR DEFENDANT

Pursuant to Local Civil Rule 17.1(a) and Rule 17(c) of the Federal Rules of Civil Procedure, Plaintiff Epic Games Inc. ("Plaintiff" or "Epic)") respectfully moves the Court to appoint a representative and guardian for the minor Defendant ("Defendant" or "C.R."). In particular, Epic respectfully petitions the Court to appoint Lauren A. Rogers ("Ms. Rogers"), Defendant's mother, as general guardian and representative or, in the alternative, appoint a suitable adult to act as Defendant's representative and guardian ad litem to defend on his behalf in this action.

In further support of this Motion, Epic refers to and incorporates herein its Memorandum of Law in Support of Plaintiff's Motion to Appoint Lauren A. Rogers General Guardian for Defendant or, In the Alternative, Appoint a Guardian ad Litem ("GAL") for Defendant, and the Third Declaration of Christopher M. Thomas, which are being filed contemporaneously herewith.

WHEREFORE, for the reasons set forth above and in Epic's Memorandum of Law, Epic

respectfully requests that this Honorable Court appoint Lauren A. Rogers general guardian for Defendant or, in the alternative, appoint a guardian ad litem to represent and defend this case on Defendant's behalf.

This the 9th day of October, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Tasneem A. Dharamsi
N.C. State Bar No. 47697
tasneemdharamsi@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564

*Attorneys for Plaintiff*
*Epic Games, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **MOTION TO APPOINT LAUREN A. ROGERS GENERAL GUARDIAN FOR DEFENDANT OR, IN THE ALTERNATIVE, APPOINT A GUARDIAN AD LITEM ("GAL") FOR DEFENDANT** was electronically filed this day with the Clerk of Court using the CM/ECF system and is and is available to C.R. c/o Lauren Rogers via PACER. This also certifies that copies of the foregoing paper have been served on C.R. and Lauren Rogers at the addresses below.

5 Vireo Circle
Newark, DE 19711

501 West Ave.
New Castle, DE 19720

This the 9th day of October, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Tasneem A. Dharamsi
N.C. State Bar No. 47697
tasneemdharamsi@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564