IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:17-CV-534-H

EPIC GAMES, INC.          )
                          )
    Plaintiff,            )
                          )
                          )
    v.                    )
                          )    **ORDER**
                          )
C.R.,                     )
                          )
    Defendant.            )
                          )

This matter is before the court on plaintiff's motion to appoint a guardian ad litem for the minor defendant. Having carefully considered the motion, the court GRANTS plaintiff's motion for appointment of a guardian ad litem. Plaintiff is directed to file, within 21 days of the filing of this order, a notice proposing an individual to act as guardian ad litem and information regarding the suitability of that person to act as guardian ad litem.

The clerk is directed to serve a copy of this order on the following individuals:

> [insert minor defendant's name]
> c/o Lauren Rogers
> 5 Vireo Circle
> Newark, DE 19711

Lauren Rogers
5 Vireo Circle
Newark, DE 19711

[insert minor defendant's name]
c/o Lauren Rogers
501 West Ave.
New Castle, DE 19720

Lauren Rogers
501 West Ave.
New Castle, DE 19720

This __12th__ day of August 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26