# Exhibit A

# PAMELA S. CHESTEK

## Chestek PLLC
200 S. Dawson St. Ste. 301
Raleigh, North Carolina 27601
(919) 800-8033
pamela@chesteklegal.com

### LEGAL EXPERIENCE

2012 – present: **Chestek PLLC**, Raleigh, North Carolina
    Principal

2008 – 2012: **Red Hat, Inc.**, Raleigh, North Carolina
    Manager, Senior IP Attorney

2007 – 2008: **Progress Software Corporation**, Bedford, Massachusetts
    Senior Counsel, Intellectual Property

2004 – 2008: **Western New England College School of Law**, Springfield, Massachusetts
    Adjunct Professor

2005 – 2007: **Reebok International Ltd.**, Canton, Massachusetts
    Intellectual Property Counsel

2004 – 2005: **Bulkley, Richardson and Gelinas, LLP**, Springfield, Massachusetts
    Associate

2001 – 2004: **Cantor Colburn LLP**, Bloomfield, Connecticut
    Associate

1997 – 2001: **Cantor Colburn LLP**, Bloomfield, Connecticut
    Law Clerk

Previously served as guardian ad litem in *Epic Games, Inc. et al v. B.B.*, Case Number 5:17-cv-00511-FL.

### PUBLICATIONS

*Property, Intangible,* www.propertyintangible.com (2008 – ), in excess of 500 posts.

*Commentary: License Agreements after Mission Product*, 110 Trademark Rep. __ (forthcoming)

*Salvaging Copyright Reform From High Court Pirate Ship Case*, Law360 Intellectual Property (March 26, 2020)

*The Corporate Enterprise as Trademark Owner—The Proper Interpretation of In re Wella*, 108 Trademark Rep. 1081 (2018)

*A Theory of Joint Authorship for Free and Open Source Software Projects*, 16.2 Colo. Tech. L. J. 285 (2018)

*Commentary: The Switch Thrown Wrong—How Railrunner Sent Intent-to-Use Down the Wrong Tracks,* 106 Trademark Rep. 693 (2016)

*Commentary: B&B Hardware and Ex Parte Appeal,* 105 Trademark Rep. 810 (2015)

*On Notice, Not Claimed: The Role of the Copyright Registration System,* Landslide, Jan.-Feb. 2015 at 30 (2015)

*Commentary: Let's Kill the "Naked License" Defense,* 104 Trademark Rep. 924 (2014)

*Allowing Third-Party Use of Marks Without Risking Abandonment,* North Carolina Bar Association 2014 IP Section Annual Meeting (2014) (presentation and paper).

*Who Owns the Open Source Project Name?*, 103 Trademark Rep. 1240 (2013).

*Who Owns the Project Name?,* International Free and Open Source Software Law Review, 5(2), pp 105 – 120, DOI: 10.5033/ifosslr.v5i2.87.

*The Uneasy Role of Trade Marks in Free and Open Source Software: You Can Share My Code But You Can't Share My Brand*, 7 J. Intell. Prop. Law & Prac. 126 (2012), republished in 102 Trademark Rep. 1028 (2012).

*Who Owns the Intellectual Property?*, North Carolina Bar Association 2012 IP Section Annual Meeting (2012) (presentation and paper).

*Who Owns the Mark? A Single Framework for Resolving Trademark Ownership Disputes*, 96 Trademark Rep. 681 (2006), cited in 2 J. Thomas McCarthy, *McCarthy on Trademarks and Unfair Competition* § 16:35 (4th ed. 2014); 1 William Holmes, *Intellectual Property and Antitrust Law* § 3:2 (2014); 3 Louis Altman & Malla Pollack, *Callmann on Unfair Competition, Trademarks, & Monopolies,* § 20:19, n.6.60 (4th ed. 2007)

*Control of Trademarks by the Intellectual Property Holding Company,* 41 IDEA 1 (2001), cited in 2 J. Joseph McCarthy*, McCarthy on Trademarks and Unfair Competition*, § 18:51, n.20 (4th ed. 2014)

## EDUCATION

*Western New England College School of Law*, Springfield, Massachusetts
  Juris Doctor, May, 2000, awarded *summa cum laude*
  Class Rank: 1/169   GPA:  93.4 of 99
  *Western New England Law Review*, Junior Staff 1998-1999

*Pennsylvania State University*, University Park, Pennsylvania
  Bachelor of Fine Arts in Technical Theatre and Lighting Design, awarded with High Distinction

## BAR ADMISSIONS

*State*: Massachusetts; New York; Connecticut; District of Columbia; North Carolina. Board Certified by the North Carolina State Bar's Board of Legal Specialization in Trademark Law.

# PAMELA S. CHESTEK

*Federal*:  Court of Appeals for the Federal Circuit; District Courts for the Eastern District of North Carolina, the District of Massachusetts, the District of Connecticut, and the Southern and Eastern Districts of New York