IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:17-CV-534-H

| | | |
|---|---|---|
| EPIC GAMES, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **CONSENTED TO NOTICE OF WITHDRAWAL AS ATTORNEY** |
| C.R. | ) ) ) | |
| Defendant. | ) ) | |

COMES NOW Drew Sprague, hereby giving notice of withdrawal in the above-captioned matter. The undersigned entered an appearance without knowledge that the court had appointed a guardian ad litem for the Defendant. The appearance without the consent of the guardian ad litem was ineffective, so the undersigned asks that the appearance be withdrawn and the docket corrected to reflect that the Defendant's interests are being represented by the guardian ad litem. The Guardian Ad Litem, Pamela Chestek, consents to the withdrawal.

This __ day of November, 2020.

/s/ Drew S. Sprague
Drew Sprague

**SPRAGUE LAW, PLLC**
911 New Bern Ave.
Raleigh, NC 27601
Telephone: (919) 232-9424
Facsimile: (919) 834-6599
E-mail: dsprague@spraguelawnc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Consented To Notice Of Withdrawal As Attorney using the CM/ECF system on this, the __ day of November, 2020. I further certify that I have mailed this document to counsel named below pursuant to Rule 5(b) of the Federal Rules of Civil Procedure by depositing a  copy into the care and custody of the United States Postal Service with proper postage affixed on this the __ day of November, 2020.

        Christopher M. Thomas
        Tasneem A. Dharamsi
        Sloan L. E. Carpenter
        301 Fayetteville Street, Suite 1400
        Post Office Box 389
        Raleigh, North Carolina 27602-0389


        /s/ Drew S. Sprague
        Drew Sprague

**SPRAGUE LAW, PLLC**
911 New Bern Ave.
Raleigh, NC 27601
Telephone: (919) 232-9424
Facsimile: (919) 834-6599
E-mail: dsprague@spraguelawnc.com