IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 5:17-cv-534-H |
| C. R., | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

## NOTICE OF WITHDRAWAL

COMES NOW, Drew S. Sprague, the undersigned attorney and hereby gives notice of withdrawal for the Defendant, C.R., in the above-captioned civil matter 5:17-cv-534-H.

Respectfully submitted this the 3rd day of December, 2020.

<u>/s/ Drew S. Sprague</u>
Drew Sprague
*Attorney for the Defendant*

FOR THE FIRM:

**SPRAGUE LAW, PLLC**
911 New Bern Avenue
Raleigh, NC 27601
Telephone: (919) 232-9424
Facsimile: (919) 834-6599
E-mail: dsprague@spraguelawnc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 5:17-cv-534-H<br>C.R. )<br>)<br>Defendant. )<br>)<br>) | |

## CERTIFICATE OF SERVICE

COMES NOW Defendant, by and through counsel, to hereby certify that I have electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system on this, the 3rd day of December 2020. I further certify that I have mailed this document to counsel named below pursuant to Rule 5(b) of the Federal Rules of Civil Procedure by depositing a copy into the care and custody of the United States Postal Service with proper postage affixed on this the 3rd day of December 2020.

SERVED UPON:

Christopher M. Thomas
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
P.O. Box 389
Raleigh, N.C. 27602

/s/ Drew S. Sprague
Drew Sprague
*Attorney for the Defendant*

FOR THE FIRM:

**SPRAGUE LAW, PLLC**
911 New Bern Avenue
Raleigh, NC 27601
Telephone: (919) 232-9424
Facsimile: (919) 834-6599
E-mail: dsprague@spraguelawnc.com