IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:17-cv-00534-M

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> C.R., by his Guardian ad Litem, PAMELA S. CHESTEK, <br><br> Defendant. | **CONSENT MOTION FOR ENTRY OF ORDER OF APPROVAL** |

Plaintiff Epic Games, Inc. ("Plaintiff" or "Epic"), through undersigned counsel, and with the consent of Defendant C.R.'s Court-appointed guardian ad litem, Pamela S. Chestek, hereby moves this Court to enter the proposed Order of Approval attached hereto. The Parties have reached a settlement of this matter. Accordingly, and for the reasons set forth in the memorandum of law submitted contemporaneously herewith, Plaintiff respectfully requests that the Court enter the proposed Order of Approval of that settlement agreement.

Respectfully submitted, this 22nd day of January, 2021.

/s/Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Sloan L. E. Carpenter
N.C. Bar No. 53528
sloancarpenter@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina  27602-0389
Telephone:     (919) 835-4626
Facsimile:      (919) 834-4564

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **CONSENT MOTION FOR ENTRY OF ORDER OF APPROVAL** was electronically filed this day with the Clerk of Court using the CM/ECF system and transmission of the system generated Notice of Electronic Filing (NEF) to Pamela S. Chestek, Guardian Ad Litem for C.R., who has consented to accept service on behalf of Defendant C.R., constitutes service of the filed document on C.R. and Ms. Chestek who is a registered system user as follows:

>Pamela Chestek
>Chestek PLLC
>200 S. Dawson St.
>STE 301
>Raleigh, NC 27601
>919-800-8033
>Email: pamela@chesteklegal.com

This the 22nd day of January, 2021.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Sloan L. E. Carpenter
N.C. Bar No. 53528
sloancarpenter@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina  27602-0389
Telephone:     (919) 835-4626
Facsimile:      (919) 834-4564

*Attorneys for Plaintiff*