IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:17-cv-00534-M

| | |
|---|---|
| EPIC GAMES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **JOINT STATUS REPORT** |
| C.R., by his Guardian ad Litem, PAMELA S. CHESTEK, | ) ) ) |
| Defendant. | ) ) ) |

Pursuant to the Court's Order dated January 12, 2021, Plaintiff Epic Games, Inc. together with minor Defendant C.R.'s Court-appointed Guardian ad Litem, Pamela S. Chestek, and Defendant C.R., hereby file this Joint Status Report setting forth the steps taken to resolve the disputes reflected in the Complaint [DE 1] and the issues that remain for the Court to address.

The parties have entered into a confidential settlement agreement and have filed papers to move the Court to enter orders (1) approving the Settlement Agreement and (2) sealing the Settlement Agreement and Order of Approval.

[*Signature block on following page.*]

Respectfully submitted, this 22nd day of January, 2021

| | |
|---|---|
| /s/ Pamela S. Chestek<br>Pamela S. Chestek<br>N.C. Bar No. 40963<br>pamela@chesteklegal.com<br>200 S. Dawson St. # 201 (27601)<br>P.O. Box 2492<br>Raleigh, North Carolina<br>Telephone:　　(919) 800-8033<br><br>*Guardian ad litem for Defendant* | /s/ Christopher M. Thomas<br>Christopher M. Thomas<br>N.C. Bar No. 31834<br>christhomas@parkerpoe.com<br>Sloan L. E. Carpenter<br>N.C. Bar. No. 53528<br>sloancarpenter@parkerpoe.com<br>PNC Plaza<br>301 Fayetteville Street, Suite 1400 (27601)<br>P.O. Box 389<br>Raleigh, North Carolina  27602-0389<br>Telephone:　　(919) 835-4626<br>Facsimile:　　(919) 834-4564<br><br>*Attorneys for Plaintiff* |

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **JOINT STATUS REPORT** was electronically filed this day with the Clerk of Court using the CM/ECF system and transmission of the system generated Notice of Electronic Filing (NEF) to Pamela S. Chestek, Guardian Ad Litem for C.R., who has consented to accept service on behalf of Defendant C.R., constitutes service of the filed document on C.R. and Ms. Chestek, who is a registered system user as follows:

>Pamela Chestek
>Chestek PLLC
>200 S. Dawson St.
>STE 301
>Raleigh, NC 27601
>919-800-8033
>Email: pamela@chesteklegal.com

This 22nd day of January, 2021.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Sloan L. E. Carpenter
N.C. Bar No. 53528
sloancarpenter@parkerpoe.com
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
*Attorneys for Plaintiff*