IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-cv-00534-M

| | | |
|---|---|---|
| EPIC GAMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| C.R., by his Guardian ad Litem, Pamela S. Chestek, | ) ) | |
| | ) | |
| Defendant. | ) | |

Before the court is Plaintiff's Consent Motion to Seal [DE 45]. Plaintiff seek to restrict from public access its Consent Motion for Entry of Order of Approval, the proposed Order of Approval, Exhibit A to the Order of Approval, and Plaintiff's Memorandum in Support of Consent Motion for Entry of Order of Approval. Pursuant to Local Civil Rule 79.2, the court finds that all documents, except the motion, contain confidential information that should be sealed.

Accordingly, Plaintiff's Consent Motion to Seal [DE 45] is GRANTED IN PART AND DENIED IN PART. The Clerk of the Court shall maintain under seal the documents located at DE 43-1, 43-2, and 44, but may remove from restriction the motion at DE 43.

SO ORDERED this 25th day of January, 2021.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE