IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:17-cv-00534-M

| | |
|---|---|
| EPIC GAMES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.R., by his Guardian ad Litem, PAMELA S. )<br>CHESTEK, )<br>)<br>Defendant. )<br>) | **PLAINTIFF'S<br>CONSENT MOTION TO SEAL** |

For the reasons set forth in the Memorandum of Law filed contemporaneously herewith, Plaintiff Epic Games, Inc. ("Epic") hereby moves this Court under Local Civil Rule 79.2, and in accordance with § V.G.1 of the Court's Policy Manual, for an order to seal the proposed Order of Approval, Exhibit A to the Order of Approval, and Plaintiff's Memorandum in Support of Second Consent Motion for Entry of Order of Approval.

Epic has consulted with Defendant's Court-appointed guardian ad litem regarding the relief sought in this motion and Defendant's Court-appointed guardian ad litem consents to this motion.

Respectfully submitted, this 2nd day of February, 2021.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Sloan L. E. Carpenter
sloancarpenter@parkerpoe.com
N.C. Bar No. 53528
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina  27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **PLAINTIFF'S CONSENT MOTION TO SEAL** was electronically filed this day with the Clerk of Court using the CM/ECF system, and transmission of the system generated Notice of Electronic Filing (NEF) to Pamela S. Chestek, Guardian Ad Litem for C.R., who has consented to accept service on behalf of Defendant C.R., constitutes service of the filed document on C.R. and Ms. Chestek, who is a registered system user as follows:

>   Pamela Chestek
>   Chestek PLLC
>   200 S. Dawson St.
>   STE 301
>   Raleigh, NC 27601
>   919-800-8033
>   Email: pamela@chesteklegal.com

This the 2nd day of February, 2021.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Sloan L. E. Carpenter
sloancarpenter@parkerpoe.com
N.C. Bar No. 53528
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina  27602-0389
Telephone:     (919) 835-4626
Facsimile:     (919) 834-4564

*Attorneys for Plaintiff*