IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:17-cv-00534-M

EPIC GAMES, INC.,

    Plaintiff,

v.

C.R., by his Guardian ad Litem, PAMELA S. CHESTEK,

    Defendant.

ORDER

This matter is before the Court on the Plaintiff's Consent Motion to Seal [DE 54]. Plaintiff seeks to restrict from public access the proposed Order of Approval, Exhibit A to the Order of Approval, and Plaintiff's Memorandum in Support of Second Consent Motion for Entry of Order of Approval. Pursuant to Local Civil Rule 79.2, the court finds that all documents contain confidential information that should be sealed.

Accordingly, Plaintiff's Consent Motion to Seal [DE 54] is GRANTED. The Clerk of the Court shall maintain under seal the documents located at DE 52 and 53 until further order of the court.

SO ORDERED this 3d day of February, 2021.

*/s/ Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE