IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:17-cv-00534-M

| | |
|---|---|
| EPIC GAMES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.R., by his Guardian ad Litem, PAMELA S. )<br>CHESTEK, )<br>)<br>Defendant. )<br>) | **NOTICE OF SETTLEMENT AND<br>JOINT STIPULATION OF DISMISSAL<br>OF ALL CLAIMS AND ACTION** |

The Court having entered an Order of Approval of the Settlement Agreement between the parties [DE 57], and retained jurisdiction over Defendant for the purpose of implementing and enforcing such Settlement Agreement, Plaintiff Epic Games, Inc. ("Plaintiff" or "Epic") and Defendant C.R. ("Defendant" or "C.R."), a minor, together with Defendant C.R.'s Court-appointed Guardian ad Litem, Pamela S. Chestek ("Defendant's GAL" or "Ms. Chestek"), hereby jointly stipulate to the dismissal, with prejudice, of all claims and this civil action pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Civil Rule 17.1.

Respectfully submitted, this 8th day of February, 2021.

/s/ Pamela S. Chestek
Pamela S. Chestek
N.C. Bar No. 40963
pamela@chesteklegal.com
200 S. Dawson St. # 201 (27601)
P.O. Box 2492
Raleigh, North Carolina
Telephone:     (919) 800-8033

*Guardian ad litem for Defendant*

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Sloan L. E. Carpenter
N.C. Bar. No. 53528
sloancarpenter@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina  27602-0389
Telephone:     (919) 835-4626
Facsimile:     (919) 834-4564

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND ACTION WITH PREJUDICE** was electronically filed this day with the Clerk of Court using the CM/ECF system and transmission of the system-generated Notice of Electronic Filing (NEF) to Pamela S. Chestek, Guardian Ad Litem for C.R., who has consented to accept service on behalf of Defendant C.R., constitutes service of the filed document on C.R. and Ms. Chestek, who is a registered system user as follows:

>Pamela Chestek
>Chestek PLLC
>200 S. Dawson St.
>STE 301
>Raleigh, NC 27601
>919-800-8033
>Email: pamela@chesteklegal.com

This <u>8th</u> day of February, 2021.

**PARKER POE ADAMS & BERNSTEIN LLP**

<u>/s/ Christopher M. Thomas</u>
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Sloan L. E. Carpenter
N.C. Bar No. 53528
sloancarpenter@parkerpoe.com
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
*Attorneys for Plaintiff*